IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHARON K. FRONCHECK, )
  )
    **Plaintiff,** )
  )
v. ) CAUSE NO. 08-CV-50-DRH
  )
MICHAEL J. ASTRUE, Commissioner of )
Social Security, )
  )
    **Defendant.** )

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 21, 2009, the Court **AFFIRMS** the final decision of the Commissioner of Social Security and judgment is entered in favor of defendant, **MICHAEL J. ASTRUE, Commissioner of Social Security,** and against the plaintiff, **SHARON K. FRONCHECK.**------------------------------------------------------------------------

            **JUSTINE FLANAGAN, ACTING CLERK**

            **BY:**    *s/Sandy Pannier*
                      **Deputy Clerk**

Dated: September 1, 2009

APPROVED: /s/ *David R Herndon*
            CHIEF JUDGE
            U. S. DISTRICT COURT