IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHARON FRONCHECK,

**Plaintiff,**

V.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

**Defendant.**                              Civil No. 08-cv-50-DRH

### ORDER

HERNDON, Chief Judge

A review of the record reveals that final judgment against plaintiff and in favor of defendant has been entered. **(Doc. 40).** Attorney Michelle L. Rousseau was previously appointed for all proceedings in the District Court. **(Doc. 24).** At the end of litigation in the District Court, attorney Rousseau was not formally terminated as attorney of record for plaintiff. Plaintiff has now initiated an appeal pro se, and attorney Rousseau is currently receiving all communications from this Court, which include the Circuit Rule 10 letter.

**IT IS THEREFORE ORDERED** that attorney Michelle L. Rousseau's appointment as counsel for plaintiff is **TERMINATED**, and the Clerk of Court shall have the record reflect that plaintiff is proceeding pro se. Plaintiff's address– 318 Sycamore Street, Collinsville, IL 62234 (as confirmed by counsel)– should be re-entered in the record.

**IT IS FURTHER ORDERED** that, although attorney Rousseau has confirmed plaintiff has received copies of recent filings in this case, the Clerk of Court shall send plaintiff copies of Documents 35-40.

The Court reminds plaintiff that she must either submit the appellate filing fee or file a motion to proceed as a pauper, or the appeal is likely to be dismissed.

**IT IS SO ORDERED.**

**DATED:** September 3, 2009

/s/    *DavidRHerndon*

**Chief Judge**
**United States District Court**